**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEVELT MOORE, <br><br>                Petitioner, <br><br>                v. <br><br>DEBBIE ASUNCION, Warden, <br><br>                Respondent. | Case No. LACV 17-8608-JAK (LAL) <br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 15, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE